UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| PETITIONER, | ) | |
| | ) | PETITION TO DETERMINE PRESENT |
| v. | ) | MENTAL CONDITION OF AN |
| | ) | IMPRISONED PERSON DUE FOR |
| LUCAS JOHN HELDER, | ) | RELEASE UNDER 18 U.S.C. § 4246 |
| | ) | |
| RESPONDENT. | ) | |

04. 3161 JRTIFLN

The United States of America, by and through the United States Attorney for the District of Minnesota, moves the court for a hearing on the present mental condition of LUCAS JOHN HELDER pursuant to the provisions of Title 18, United States Code, Section 4246. In support of its Petition, the United States states as follows:

1. Respondent, LUCAS JOHN HELDER, is presently incarcerated at the Federal Medical Center (FMC) in Rochester, Minnesota. Respondent is currently incarcerated for evaluation pursuant to Title 18, United States Code, Section 4241 (d) by the United States District Court in the Northern District of Iowa. An evaluation of Respondent's dangerousness as a result of his mental illness pursuant to Title 18, United States Code, Section 4246, was also incorporated. A copy of the Order committing Respondent to the custody of the Attorney General pursuant to Title 18, United States Code, Section 4241 (d) is attached as Exhibit A.

2. Respondent has been examined by the Mental Health staff at FMC Rochester. It is the opinion of the Mental Health staff, Dr. Andrew Simcox, Ph.D., ABPP, and Dr. Daniel Shine, Jr. M.D., that Respondent suffers from a mental disease or defect as a result of which his release from custody would create a substantial risk of bodily injury to another person or serious damage to the



SCANNED

JUL 0 8 2004

U.S. DISTRICT COURT MPLS

property of another.   At present, suitable arrangements for state custody are not available. Attached hereto as Exhibit B is a certificate of Mental Disease or Defect and Dangerousness executed by W. I. LeBlanc, Warden at FMC Rochester.

3.     Petitioner believes that there is clear and convincing evidence that Respondent is suffering from a mental disease or defect which would create a substantial risk of bodily injury to another person or serious damage to the property of another should respondent be released.

WHEREOF, Petitioner moves this court to set a time and date for a hearing to determine the present mental condition of Respondent; for an order finding that Respondent continues to suffer from a mental disease or defect; for an order committing Respondent to the custody of the Attorney General for continued hospitalization and treatment pursuant to 18 U.S.C. § 4246 until suitable state placement may be found or until Respondent's release no longer constitutes a substantial risk of bodily injury of another person or serious damage to the property of another.

Dated this 8th day of July, 2004.

THOMAS B. HEFFELFINGER
United States Attorney

By: Perry H. Sekus
Assistant United States Attorney
Attorney ID Number 0309412
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55401

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.

UNITED STATES OF AMERICA,      )
                                )    EXHIBITS A & B
            Petitioner,   )
                                )    PETITION TO DETERMINE
        v.              )    PRESENT MENTAL CONDITION
                                )    OF AN IMPRISONED PERSON
                                )    UNDER 14 U.S.C. § 4246
LUCAS JOHN HELDER,         )
                                )
           Respondent.   )

THOMAS B. HEFFELFINGER
United States Attorney


BY: PERRY F. SEKUS
Assistant U.S. Attorney
Attorney ID Number 309412
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415
(612) 664-5600

# EXHIBIT A

Michale Schmidt

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

UNITED STATES OF AMERICA,                )       No. CR 02-43-MWB
                                         )
            Plaintiff,                   )
                                         )       ORDER RE FURTHER
      vs.                                )       PROCEEDINGS PURSUANT
                                         )       TO 18 U.S.C. § 4246
LUCAS JOHN HELDER,                       )
                                         )
            Defendant.                   )
                                         )

On April 1, 2004, a competency hearing was held in this matter pursuant to Title 18 U.S.C. §§ 4241(c) and 4247(d). After reviewing the evidence offered by the parties, this Court found by a preponderance of the evidence that the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him and that he is unable to assist properly in his defense. The defendant is hereby committed to the custody of the Attorney General pursuant to Title 18 U.S.C. § 4241(d). The Court also finds that there is not presently a substantial probability that in the foreseeable future the defendant will attain the capacity to permit the trial to proceed.

The defendant shall be returned to the Federal Medical Center at Rochester, Minnesota, for compliance with the provisions of Title 18 U.S.C. § 4246. Pursuant to Title 18 U.S.C. §§ 4246(b) and 4241(d), the Court orders that Dr. Andrew Simcox and Dr. Daniel Shine of the Federal Medical Center, Rochester, Minnesota, conduct a

psychiatric or psychological examination of the defendant within 45 days to determine whether the defendant's release would create a substantial risk of bodily injury to another person or serious damage to property of another, and that a psychiatric or psychological report be filed with the Court, pursuant to the provisions of Title 18 U.S.C. §§ 4247(b) & (c).

If, pursuant to Title 18 U.S.C. § 4246(a), the director of the Federal Medical Center certifies that the defendant is presently suffering from a mental disease or defect as a result of which his release would create a substantial risk of bodily injury to another person or serious damage to property of another, and that suitable arrangements for State custody and care of the defendant are not available, the director shall transmit the certificate to the clerk of the Court for the district in which the defendant is confined. The clerk shall send a copy of the certificate to the defendant, and to the attorney for the Government, and to the clerk of this Court. If such certificate is issued, further proceedings pursuant to Title 18 U.S.C. § 4246 will occur.

Pursuant to Title 18 U.S.C. § 3161(h)(4), the time from the April 1, 2004 hearing, until such time that defendant is determined to be competent to stand trial shall be excluded in computing time under the provisions of the Speedy Trial Act as delay resulting from the fact that the defendant is mentally incompetent to stand trial.

MARK W. BENNETT
Chief United States District Judge
UNITED STATES DISTRICT COURT

2

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

### CERTIFICATE OF MENTAL DISEASE OR DEFECT
### AND DANGEROUSNESS

TO:   RICHARD SLETTEN
      CLERK OF THE UNITED STATES DISTRICT COURT
      DISTRICT OF MINNESOTA

This is to advise you that Lucas Helder, Register No. 36460-048, is currently in the custody of the

Attorney General.  However, my staff and I believe that this person is currently suffering from a

mental disease or defect as a result of which his release would create a substantial risk of bodily

injury to another person or serious damage to the property of another.   In addition, suitable

arrangements for state custody and care of this person are not currently available.

Pursuant to Title 18, United States Code, Section 4246, I hereby request that this person be given

a hearing to determine whether he should remain in the custody of the Attorney General.

_____
W. I. LeBlanc, Jr., Warden
Federal Medical Center
P.O. Box 4600
Rochester, Minnesota 55903-4600

_6/27/04_____
Date



**U.S. Department of Justice**

*United States Attorney*
*District of Minnesota*

---

| | |
|---|---|
| *600 United States Courthouse*<br>*300 South Fourth Street*<br>*Minneapolis, MN  55415* | *(612)664-5600* |

July 8, 2004

Richard Sletten, Clerk
United States District Court
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

     Re:  United States v. Lucas John Helder

Dear Mr. Sletten:

     Enclosed for filing, please find the original and one copy of a Petition to Determine Present Mental Condition of an Imprisoned Person Under 18 U.S.C. § 4246, with Exhibits A & B, and a proposed Order for the Magistrate Judge's convenience if he wishes to appoint a Federal Public Defender, a letter addressed to the Magistrate Judge, and Civil Cover Sheet.

     The subject, Mr. Helder, is an inmate at FMC, Rochester.  It is requested that this matter be assigned and referred to a Magistrate Judge as soon as possible so that a hearing date at FMC, Rochester may be scheduled and noticed immediately.

     Please indicate the assigned civil number, judge and date of filing on the enclosed copy of this letter.

     Thank you for your assistance in this matter.

                Sincerely,

                THOMAS B. HEFFELFINGER
                United States Attorney

                BY: PERRY F. SEKUS
                Assistant U.S. Attorney
                Attorney ID Number 309412

Enclosures
Civil No.:_____     Judge:_____     Date of Filing:_____

_____
Deputy Clerk