UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 04-3161 JRT/FLN

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Petitioner )<br><br>v. )<br><br>LUCAS JOHN HELDER, )<br><br>Respondent. )<br>_____ ) | **ORDER** |

It is hereby ordered that the Clerk of Court file Respondent's Risk Assessment dated 5-21-04 under seal, and that the document remain under seal until further Order of the Court.


Dated: July 13, 2004                         S/ *Franklin L. Noel*
                                             FRANKLIN L. NOEL
                                             United States Magistrate Judge