# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

United States of America,

                    Plaintiff(s),

  v.

Lucas John Helder,

                    Defendant(s).

**COURT MINUTES**

BEFORE: Franklin L. Noel
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 04-3161 JRT/FLN |
| Date: | September 2, 2004 |
| Court Reporter: | Carney and Associates |
| Time Commenced: | 1:40 p.m. |
| Time Concluded: | 4:10 p.m. |
| Time in Court: | 2 Hours & 30 Minutes |

APPEARANCES:

  For Plaintiff:          Perry Sekus
  For Defendant: Scott Tilsen

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:**          ☐ **COURT**          ☐ **PLAINTIFF**          ☐ **DEFENDANT**

   Hearing held at the Federal Medical Center in Rochester, Minnesota, on Government's Petition to Determine Present Mental Condition of an Imprisoned Person Due for Release under 18 U.S.C. § 4246 [#1].

Motions taken under advisement as of:     September 1, 2004.

☐ ORDER TO BE ISSUED          ☐ NO ORDER TO BE ISSUED          ☒ R&R TO BE ISSUED          ☐ NO R&R TO BE ISSUED

☒ Exhibits retained by the Court          ☐ Exhibits returned to counsel

                                                                    s/Beatriz Menanteau
                                                                    Signature of Law Clerk