✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

STATE AND _____    DISTRICT OF _____ MINNESOTA _____

United States of America, Petitioner

V.

Lucas John Helder, Respondent

## EXHIBIT AND WITNESS LIST

Case Number:  04-3161 JRT/FLN

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Magistrate Judge Franklin L. Noel | Perry F. Sekus | Scott Tilsen |

| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 09-01-04 | | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/1/04 | ✓ | ✓ | Dr. Simcox's Curriculum Vitea |
| 2 | | 9/1/04 | ✓ | ✓ | Forensic Evaluation dated 4/14/03 |
| 3 | | 9/1/04 | ✓ | ✓ | Final Psychiatric Report by Thomas Harmon Jobe dated 9/12/02 |
| 4 | | 9/1/04 | ✓ | ✓ | Psychological Evaluation by John Mundt dated 8/8/02 |
| 5 | | 9/1/04 | ✓ | ✓ | Forensic Evaluation dated 8/22/03 |
| 6 | | 9/1/04 | ✓ | ✓ | Forensic Evaluation dated 1/9/04 |
| 7 | | 9/1/04 | ✓ | ✓ | Psychiatric Evaluation dated 5/22/03 |
| 8 | | 9/1/04 | ✓ | ✓ | Psychosocial Assessment dated 5/30/03 |
| 9 | | 9/1/04 | ✓ | ✓ | "Esoteric Doctrines" by Luke Helder dated 3/9/04 |
| 10 | | 9/1/04 | ✓ | ✓ | "The Nature of God" by Luke Helder dated 11/30/03 |
| 11 | | 9/1/04 | ✓ | ✓ | "Objective Understanding" by Luke Helder dated 6/26/03 |
| 12 | | 9/1/04 | ✓ | ✓ | "The Social Mind" by Luke Helder dated 6/4/03 |
| 13 | | 9/1/04 | ✓ | ✓ | "Sense of Mind" by Luke Helder |
| 14 | | 9/1/04 | ✓ | ✓ | "Ascension" by Lucas Helder dated 9/14/03 |
| 15 | | 9/1/04 | ✓ | ✓ | "Transformative Self" by Luke Helder dated 7/16/04 |
| 16 | | 9/1/04 | ✓ | ✓ | Risk Assessment dated 5/21/04 |
| 17 | | 9/1/04 | ✓ | ✓ | Pam Young Curriculum Vitae |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _1_ Pages