UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 04-3161 (JRT/FLN)

UNITED STATES OF AMERICA,   )
                            )
              Petitioner,   )
                            )
       v.                   )        **UNITED STATES OF AMERICA'S**
                            )        **RESPONSE TO REPORT AND**
LUCAS HELDER,               )        **RECOMMENDATION**
                            )
              Respondent.   )
_____ )


The United States of America has no objection to Magistrate Judge Franklin L. Noel's

October 27, 2004 Report and Recommendation in the above-captioned matter.


Dated:  October 29, 2004                    Respectfully submitted,

                                            THOMAS B. HEFFELFINGER
                                            United States Attorney


                                            s/ Perry F. Sekus
                                            By: Perry F. Sekus
                                            Assistant U.S. Attorney
                                            Attorney ID Number 0309412
                                            600 U.S. Courthouse
                                            300 South Fourth Street
                                            Minneapolis, MN 55415
                                            (612) 664-5600