UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 04-3161 (JRT/FLN)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>             Petitioner, ) <br> ) <br>     v. ) <br> ) <br> LUCAS HELDER, ) <br> ) <br>             Respondent. ) <br>                              ) | **ORDER** |

Perry F. Sekus, Assistant United State Attorney, OFFICE OF THE UNITED STATES ATTORNEY, 300 South Fourth Street, Suite 600 Minneapolis, MN 55415, for petitioner.

Scott Tilsen, Assistant Public Defender, OFFICE OF THE PUBLIC DEFENDER, 300 South Fourth Street, Suite 107 Minneapolis, MN 55415, for respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Franklin L. Noel dated October 27, 2004, and all the files, records, and proceedings herein, and the parties having no objection to the Report and Recommendation, **IT IS HEREBY ORDERED** that the government's petition is **GRANTED**, and that Respondent Lucas Helder is committed to the custody of the Attorney General for continued hospitalization and treatment until suitable state placement may be found, or until his release no longer constitutes a substantial risk of bodily injury of another person or serious damage to the property of another.

Dated: November 5, 2004

s/John R. Tunheim
John R. Tunheim
United States District Court Judge