O AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

United States of America

V.

Lucas Helder

## JUDGMENT IN A CIVIL CASE

Case Number:  04-3161JRT/FLN

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the government's petition is **GRANTED** and that respondent is committed to the custody of the Attorney General for continued hospitalization and treatment until suitable state placement may be found, or until his release no longer constitutes a substantial risk of bodily injury of another person or serious damage to the property of another.

| November 5, 2004 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/Denise La Fond |
| | (By)          Denise La Fond,   Deputy Clerk |

Form Modified:  09/16/04